| | |
|---|---|
| 1 | ANDRÉ BIROTTE JR. |
| | United States Attorney |
| 2 | LEON W. WEIDMAN |
| 3 | Assistant United States Attorney |
| | Chief, Civil Division |
| 4 | TIMOTHY R. BOLIN, CSBN 259511 |
| 5 | Special Assistant United States Attorney |
| 6 |     Social Security Administration |
| |     Office of the General Counsel |
| 7 |     333 Market St., Ste. 1500 |
| 8 |     San Francisco, CA 94105 |
| |     Telephone: (415) 977-8982 |
| 9 |     Facsimile: (415) 744-0134 |
| 10 |     Email: timothy.bolin@ssa.gov |
| 11 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KIMBERLY ANN BELL, | ) Case No. 2:11-cv-06390-VAP-RNB |
| | ) |
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

The Court having approved the parties' Joint Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment (Stipulation to Remand) lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED, AND**

////

1 **DECREED** that the above-captioned action is remanded to the Commissioner of
2 Social Security for further proceedings consistent with the Stipulation to Remand.
3
4 DATED: February 23, 2012_____   _____
                                    HON. VIRGINIA A. PHILLIPS
5                                   United States District Court Judge