IRENE RUZIN, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
TEL: (818) 325-2888 FAX: (818) 325-2890
ireneruzin@earthlink.net

Attorney for Plaintiff, KIMBERLY ANN BELL

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KIMBERLY ANN BELL, | Case No.: CV 11-06390 VAP (RNB) |
| Plaintiff, | |
| vs. | [~~PROPOSED~~] ORDER AWARDING EAJA FEES |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendants. | HON. VIRGINIA A. PHILLIPS UNITED STATES ~~MAGISTRATE~~ DISTRICT JUDGE |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), **IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of TWO THOUSAND FIVE HUNDRED DOLLARS ($2,500.00) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: March 23, 2012

_____
HON. VIRGINIA A. PHILLIPS
U.S. ~~MAGISTRATE~~ DISTRICT JUDGE