UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLEY ANN BELL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. CV 11-6390-PJW<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(B) |

This matter is before the Court on Plaintiff's Motion for an award of attorney fees. Defendant does not oppose the motion. The Court hereby awards to Irene Ruzin attorney fees pursuant to 42 U.S.C. § 406(B) in the amount of $3,650.25. The Court further orders Irene Ruzin to reimburse Kimberley Ann Bell the amount of $2,500.00 for EAJA fees that the Court previously ordered the Commissioner to pay in this case.

IT IS SO ORDERED.

DATED: February 13, 2018

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　PATRICK J. WALSH
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-CLOSED\Closed-Social Security\BELL, K 6390\Atty's fees order.wpd